Darryl YOUNG, Appellant,

v.

MISSOURI BOARD OF PROBATION AND PAROLE, Respondent.

No. WD 66238.

Missouri Court of Appeals, Western District.

Oct. 31, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 19, 2006.

Darryl Young, Farmington, MO, pro se.

Stephen D. Hawke, Jefferson City, MO, for respondent.

Before: HAROLD L. LOWENSTEIN, P.J., PAUL M. SPINDEN, and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

Mr. Darryl Young appeals the dismissal of his declaratory judgment action. For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).